784 F. Supp. 892

NUNN BUSH SHOE CO. AND WEYCO GROUP INC., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT

Consolidated Court No. 88–11–00828 (88–11–00829)

(Dated March 13, 1992)

TSOUCALAS, *Judge:* This case having been duly submitted for decision following plaintiffs' motion for summary judgment and defendant's cross-motion for summary judgment, the Court, after due deliberation, having rendered a decision herein; now then, in accordance with said decision,

IT IS HEREBY ORDERED that plaintiffs' motion for summary judgment is granted, and it is further

ORDERED that defendant's cross-motion for summary judgment is denied; and it is further

ORDERED that the entries identified on the attached schedule of entries have been liquidated as a matter of law four years after their initial entry at the duty rate asserted at the time of entry. Any excess duties paid

---

[3] *See, e.g.,* 19 U.S.C. §1675(b)(1) (1988) (permitting review of ITC determination upon showing of "changed circumstances"); 19 U.S.C. §1677j(e) (1988) (requiring Commerce to notify ITC of intent to include merchandise within scope of existing order, and permitting ITC to request consultations with Commerce and advise on whether inclusion would be inconsistent with prior affirmative injury determination); *Brother Industr., Ltd. v. United States,* 15 CIT 388, 391, 769 F. Supp. 374, 378–79 (1991) (stating ITC's response to Commerce under 19 U.S.C. §1677j(e) is reviewable as an element of Commerce's record).

[4] As plaintiffs do not satisfy the requirements for statutory standing, the court declines to explore constitutional requirements of standing or to resolve the question of whether the statutory requirements are more or less strict than constitutional requirements.

shall be refunded with interest in accordance with law from the date of payment. Any interest on the excess duties paid pursuant to 19 U.S.C. § 1677g shall be refunded with interest pursuant to 28 U.S.C. § 2644 from the date of the summons.

SCHEDULE OF ENTRIES

| Case name | Case No. | Protest No. | Entry No. | Entry date | Liquidation date |
|---|---|---|---|---|---|
| Nunn Bush Shoe Co. v. United States | 88–11–00828 | 3701–86–000048 | 81–141483 | 06/16/81 | 02/07/86 |
| | | | 81–141494 | 06/26/81 | 02/07/86 |
| | | | 81–141497 | 07/09/81 | 02/07/86 |
| | | | 81–141503 | 07/10/81 | 02/07/86 |
| | | | 81–141524 | 08/17/81 | 02/07/86 |
| | | | 81–141526 | 08/17/81 | 02/07/86 |
| | | | 81–141528 | 08/26/81 | 02/07/86 |
| | | | 81–141529 | 08/26/81 | 02/07/86 |
| | | | 81–141530 | 08/26/81 | 02/07/86 |
| | | | 81–141533 | 08/31/81 | 02/07/86 |
| | | | 81–141534 | 08/31/81 | 02/07/86 |
| | | | 81–141541 | 09/04/81 | 02/07/86 |
| | | | 81–141542 | 09/09/81 | 02/07/86 |
| | | | 81–141543 | 09/09/81 | 02/07/86 |
| | | | 81–141544 | 09/09/81 | 02/07/86 |
| | | | 81–141548 | 09/14/81 | 02/07/86 |
| | | | 82–141330 | 11/23/81 | 02/07/86 |
| | | | 82–141337 | 12/04/81 | 02/07/86 |
| | | 3901–6–000680 | 82–603580–6 | 10/29/81 | 03/21/86 |
| | | | 82–603691–5 | 11/13/81 | 03/21/86 |
| | | | 82–603708–2 | 11/17/81 | 03/21/86 |
| | | | 82–603763–9 | 11/23/81 | 03/21/86 |
| | | | 82–603819–1 | 11/30/81 | 03/21/86 |
| | | | 82–603887–4 | 12/08/81 | 03/21/86 |
| | | | 82–604115–9 | 01/05/82 | 03/21/86 |
| | | | 82–604424–0 | 02/17/82 | 03/21/86 |
| | | | 82–604475–8 | 02/23/82 | 03/21/86 |
| | | | 82–604570–2 | 03/09/82 | 03/21/86 |
| Weyenberg Shoe Manufacturing Co v. United States | 88–11–00829 | 3701–86–000047 | 81–141470 | 05/26/81 | 02/07/86 |
| | | | 81–141476 | 05/29/81 | 02/07/86 |
| | | | 81–141491 | 06/26/81 | 02/07/86 |
| | | | 81–141492 | 06/26/81 | 02/07/86 |
| | | | 81–141493 | 06/26/81 | 02/07/86 |
| | | | 81–141498 | 07/09/81 | 02/07/86 |
| | | | 81–141499 | 07/09/81 | 02/07/86 |
| | | | 81–141512 | 07/29/81 | 02/07/86 |
| | | | 81–141525 | 08/17/81 | 02/07/86 |
| | | | 81–141531 | 08/26/81 | 02/07/86 |
| | | | 81–141545 | 09/09/81 | 02/07/86 |
| | | | 81–141323 | 11/09/81 | 02/07/86 |
| | | 3901–6–000679 | 81–591677–4 | 06/16/81 | 03/21/86 |
| | | | 81–591725–2 | 06/19/81 | 03/21/86 |
| | | | 82–603860–9 | 12/04/81 | 03/21/86 |

**SUMMONS DATE: 11/4/88**